UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

        Case No. 20-cr-0202-bhl-1

MARVIN FITZGERALD,

        Defendant.

## ORDER

On May 27, 2021, the United States filed a motion, ECF No. 19, for an order sealing the government's additional May 27, 2021 filing, ECF No. 20.

IT IS HEREBY ORDERED, pursuant to Gen. L. R. 79(d), that the government's submission filed on May 27, 2021, ECF No. 20, in the above-named case be SEALED, pending further order of this Court.

Dated at Milwaukee, Wisconsin on May 28, 2021.

        s/ *Brett H. Ludwig*
        BRETT H. LUDWIG
        United States District Judge